UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
ROBERTO SOLIS, on behalf of himself and all others similarly situated,

                              Plaintiff,

  -v.-
"ALMAZ" JEWELRY & FINE ANTIQUES CORP.,

                             Defendants.
-----------------------------------------------------------------------x

Civil Action No:
1:25-cv-1153

## NOTICE OF SETTLEMENT

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 25th day of March, 2025

                            */s/Rami Salim*
                            Rami Salim
                            **Stein Saks, PLLC**
                            One University Plaza
                            Hackensack, NJ 07601
                            Ph: 201-282-6500
                            rsalim@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 25, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      */s/ Rami Salim*
      Rami Salim